UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORFOLK COUNTY,<br>   Plaintiff,<br>v.<br><br>MERSCORP., INC., MORTGAGE<br>ELECTRONIC REGISTRATION SYSTEMS,<br>INC., BANK OF AMERICA, N.A., BAC<br>HOME LOANS SERVICING LP,<br>CITIBANK, N.A., CITIMORTGAGE, INC.,<br>GMAC MORTGAGE, LLC, JPMORGAN<br>CHASE BANK, N.A., STATE STREET<br>CORP., WELLS FARGO BANK, N.A. and<br>DOE CORPORATIONS 1-MMM,<br>   Defendants. | Case No. 12-cv-10780-JGD |

## NOTICE OF APPEARANCE FOR DEFENDANT, GMAC MORTGAGE, LLC

Please enter my appearance as attorney for Defendant, GMAC MORTGAGE, LLC in the above-entitled case.

            Defendant,
            GMAC MORTGAGE, LLC
            By its attorneys,

            */s/ Richard E. Briansky*
            Richard E. Briansky, BBO # 632709
            rbriansky@princelobel.com
            PRINCE LOBEL TYE LLP
            100 Cambridge Street, Suite 2200
            Boston, MA 02114
Dated: May 10, 2012       Tel: 617.456.8000

## CERTIFICATE OF SERVICE

I, Richard E. Briansky, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via first-class mail to those indicated as non-registered participants on May 10, 2012.

                */s/ Richard E. Briansky*
                Richard E. Briansky