UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORFOLK COUNTY, )<br>)<br>    Plaintiff, )<br> v. )<br>) CIVIL ACTION NO. 1:12-cv-10780<br>MERSCORP, INC., MORTGAGE ELECTRONIC )<br>REGISTRATION SYSTEMS, INC., BANK OF )<br>AMERICA, N.A. BAC HOME LOANS )<br>SERVICING LP, CITIBANK, N.A. )<br>CITIMORTGAGE, INC., GMAC MORTGAGE )<br>LLC, JP MORGAN CHASE BANK, N.A., )<br>STATE STREET CORP., WELLS FARGO )<br>BANK, N.A., and DOE CORPORATIONS )<br>I-MMM, )<br>    Defendants. )<br>) | |

## NOTICE OF APPEARANCE
## FOR DEFENDANT, JP MORGAN CHASE BANK, N.A.

NOTICE IS HEREBY GIVEN of the appearance of Thomas O. Bean as counsel for the defendant, JP Morgan Chase Bank, N.A., in the above-captioned matter, and request that all notices, pleadings, motions, orders, and other filings entered in this matter be forwarded to the undersigned.

            Respectfully submitted,

            JP MORGAN CHASE BANK, N.A.,
            By Its Counsel,


            ____/s/ Thomas O. Bean_____
            Thomas O. Bean (BBO #548072)
            VERRILL DANA, LLP
            One Boston Place, Suite 2330
            Boston, MA  02108
            Tel.: (617) 309-2600
            Fax: (617) 309-2601
            tbean@verrilldana.com
            bankrb@verrilldana.com

Dated: May 15, 2012

## **CERTIFICATE OF SERVICE**

I, Thomas O. Bean, hereby certify that on this 15th day of May 2012, I caused this document to be filed through the ECF system. I understand that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), as follows:

**Robert T. Naumes**
Thornton & Naumes, LLP
100 Summer Street
30th Floor
Boston, MA 02110
617-720-1333
Fax: 617-720-2445
Email: rnaumes@tenlaw.com

Counsel for Plaintiff, Norfolk County

**P. Russell Perdew**
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606
312-443-1712
Email: rperdew@lockelord.com

Counsel for GMAC Mortgage LLC (*pro hac vice* pending)

**Thomas J. Cunningham**
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606
312-443-1731
Email: tcunningham@lockelord.com

Counsel for GMAC Mortgage LLC (*pro hac vice* pending)

**Matthew A. Martel**
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109
(617) 535-4000

Counsel for State Street Corp.

**Christopher M. Waterman**
Demeo & Associates PC
One Lewis Wharf
Boston, MA 02110
617-263-2600
Fax: 617-263-2300
Email: cwaterman@jdemeo.com

Counsel for GMAC Mortgage LLC

**Richard E. Briansky**
Prince Lobel Tye LLP
100 Cambridge Street
Suite 2200
Boston, MA 02114
617-456-9000
Fax: 617-456-8100
Email: rbriansky@princelobel.com

Counsel for GMAC Mortgage LLC

**Katherine H. Harris**
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 06060
312-443-1713
Email: kharris@lockelord.com

Counsel for GMAC Mortgage LLC (*pro hac vice* pending)

　　　　　　　　　　_____/s/ Thomas O. Bean_____
　　　　　　　　　　Thomas O. Bean