**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NORFOLK COUNTY,                              :
                                             :
                    Plaintiff,               :
                                             :
        v.                                   :        C.A. No. 1:12-cv-10780-JGD
                                             :
MERSCORP, INC., MORTGAGE                     :
ELECTRONIC REGISTRATION                      :
SYSTEMS, INC., BANK OF AMERICA,              :
N.A., BAC HOME LOANS SERVICING               :
LP, CITIBANK, N.A., CITIMORTGAGE,            :
INC., GMAC MORTGAGE, LLC,
JPMORGAN CHASE BANK, N.A.,
STATE STREET CORP., WELLS FARGO
BANK, N.A. and DOE CORPORATIONS
I-MMM,
                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

         Please take notice that Anthony A. Bongiorno hereby enters his appearance of

record on behalf of defendant State Street Corporation.

DATED:  June 1, 2012


                                    Respectfully Submitted,

                                    /s/ Anthony A. Bongiorno
                                    Anthony A. Bongiorno (BBO #554356)
                                    McDermott Will & Emery LLP
                                    28 State Street
                                    Boston, Massachusetts 02109
                                    Tel:  (617) 535-4000
                                    Fax:  (617) 535-3800

                                    *Counsel for State Street Corporation*

## CERTIFICATE OF SERVICE

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 1, 2012.

           /s/ Anthony A. Bongiorno  
           Anthony A. Bongiorno

DM_US 35508634-1.066372.0015