# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NORFOLK COUNTY,

                Plaintiff,

        v.                               C.A. No. 1:12-cv-10780-JGD

MERSCORP, INC., MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC., BANK OF AMERICA,
N.A., BAC HOME LOANS SERVICING
LP, CITIBANK, N.A., CITIMORTGAGE,
INC., GMAC MORTGAGE, LLC,
JPMORGAN CHASE BANK, N.A.,
STATE STREET CORP., WELLS FARGO
BANK, N.A. and DOE CORPORATIONS
I-MMM,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **NOTICE OF APPEARANCE**

Please take notice that Matthew A. Martel hereby enters his appearance of record on behalf of defendant State Street Corporation.

DATED: June 1, 2012

                                  Respectfully Submitted,

                                  /s/ Matthew A. Martel
                                  Matthew A. Martel (BBO #641064)
                                  McDermott Will & Emery LLP
                                  28 State Street
                                  Boston, Massachusetts 02109
                                  Tel:  (617) 535-4000
                                  Fax:  (617) 535-3800

                                  *Counsel for State Street Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 1, 2012.

                                        /s/ Matthew A. Martel
                                        Matthew A. Martel

DM_US 35508601-1.066372.0015