UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NORFOLK COUNTY,                          :
                                         :
        Plaintiff,             :
     v.                               :     C.A. No. 1:12-cv-10780-JGD
                                         :
MERSCORP, INC., MORTGAGE                 :
ELECTRONIC REGISTRATION                  :
SYSTEMS, INC., BANK OF AMERICA,          :
N.A., BAC HOME LOANS SERVICING           :
LP, CITIBANK, N.A., CITIMORTGAGE,        :
INC., GMAC MORTGAGE, LLC,                :
JPMORGAN CHASE BANK, N.A.,               :
STATE STREET CORP., WELLS FARGO          :
BANK, N.A. and DOE CORPORATIONS          :
I-MMM,                                   :
        Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE**

       Please take notice that Bridget K. O'Connell hereby enters her appearance of record on behalf of defendant State Street Corporation.

DATED: June 1, 2012

                               Respectfully Submitted,

                               /s/ Bridget K. O'Connell
                               Bridget K. O'Connell (BBO #676309)
                               McDermott Will & Emery LLP
                               28 State Street
                               Boston, Massachusetts 02109
                               Tel: (617) 535-4000
                               Fax: (617) 535-3800

                               *Counsel for State Street Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 1, 2012.

                                          /s/ Bridget K. O'Connell
                                          Bridget K. O'Connell

DM_US 35508720-1.066372.0015