IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORFOLK COUNTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING LP, CITIBANK, N.A., CITIMORTGAGE, INC., GMAC MORTGAGE, LLC, JPMORGAN CHASE BANK, N.A., STATE STREET CORP., WELLS FARGO BANK, N.A. and DOE CORPORATIONS I-MMM, | ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

C.A. No. 12-10780-NMG

## **NOTICE OF APPEARANCE OF JEFFREY W. MOSS**

Please enter the appearance of Jeffrey W. Moss as counsel for Defendants MERSCORP Holdings, Inc. f/k/a MERSCORP, Inc. and Mortgage Electronic Registration Systems, Inc. in the above-captioned matter.

Respectfully submitted,

MERSCORP HOLDINGS, INC. and
MORTGAGE ELECTRONIC REGISTRATION
    SYSTEMS, INC.

*/s/ Jeffrey W. Moss*
Jeffrey W. Moss, BBO# 552421
Morgan, Lewis & Bockius LLP
225 Franklin Street, 16th Floor
Boston, Massachusetts  02110
Tel:  617.341.7700 / Fax:  617.341.7701
Email: jmoss@morganlewis.com

Dated:  June 1, 2012

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing *Notice of Appearance of Jeffrey W. Moss* was sent *via* the CM/ECF system with the United States District Court for the District of Massachusetts to all Counsel of Record on June 1, 2012.

      */s/ Jeffrey W. Moss*

DB1/ 69967101.1