IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORFOLK COUNTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING LP, CITIBANK, N.A., CITIMORTGAGE, INC., GMAC MORTGAGE, LLC, JPMORGAN CHASE BANK, N.A., STATE STREET CORP., WELLS FARGO BANK, N.A. and DOE CORPORATIONS I-MMM, | ) ) ) ) ) ) ) ) ) ) C.A. No. 12-10780-NMG |
| | ) |
| Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT FOR
MORTGAGE ELECTRONIC REGISTRATION
<u>SYSTEMS, INC. AND MERSCORP, INC.</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, defendants Mortgage Electronic Registration Systems, Inc. ("MERS"), and MERSCORP, Inc. n/k/a MERSCORP Holdings, Inc., hereby file their Corporate Disclosure Statement.

1. The parent corporation of MERS is MERSCORP Holdings, Inc.

2. There is no publicly held corporation owning 10% or more of MERS' stock.

3. MERSCORP Holdings, Inc. does not have a parent corporation.

-2-

4. The Federal Home Loan Mortgage Corporation and the Federal National Mortgage Association each own 10% or more of MERSCORP Holdings, Inc.'s stock.

          Respectfully submitted,

          MERSCORP HOLDINGS, INC. and
          MORTGAGE ELECTRONIC REGISTRATION
              SYSTEMS, INC.

          */s/ Jeffrey W. Moss*
          Jeffrey W. Moss, BBO# 552421
          Morgan, Lewis & Bockius LLP
          225 Franklin Street, 16th Floor
          Boston, Massachusetts   02110
          Tel:    617.341.7700
          Fax:   617.341.7701
          Email: jmoss@morganlewis.com

Dated:  June 1, 2012

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing *Corporate Disclosure Statement for Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc.* was sent *via* the CM/ECF system with the United States District Court for the District of Massachusetts to all Counsel of Record on June 1, 2012.

                    */s/ Jeffrey W. Moss*

DB1/ 69966739.1